# ALABAMA COURT OF CRIMINAL APPEALS



December 6, 2024

**CR-2023-0257**
Alfreda Janapril Fluker v. State of Alabama (Appeal from Jefferson Circuit Court:
CC-20-2080 and CC-20-2081).

## <u>NOTICE</u>

You are hereby notified that on December 6, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk